# EXHIBIT 8

**Exhibit 8  Page 42**

