JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.451

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for AUDIBLE, INC. and
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUDIBLE, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01941 GW(Ex)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>Date:  May 4, 2017<br>Time:  8:30 AM<br>Crtm:  9D<br>Judge:  George H. Wu<br>Trial Date: NONE SET |

Having considered the Motion to Compel Arbitration and Dismiss Claims of Defendants Audible, Inc. and Amazon.com, Inc. (**"Defendants"**), the Court GRANTS Defendants' Motion to Compel Arbitration in its entirety, and it hereby ORDERS that Plaintiff Grant McKee arbitrate his claims against Defendants in an individual arbitration, consistent with the parties' agreement.  This Court also DISMISSES this action, including the claims for class-based relief, with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
The Honorable George H. Wu

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING
MTN TO COMPEL ARBITRATION         2         Case No. 2:17-cv-1941 GW(Ex)
FW/9519981.1