# EXHIBIT 1

## U.S. MOBILE
Paid search membership sign up flow June 26, 2016



Example T1 page          Auth portal          Membership sign up page          Thank you page