# EXHIBIT 2

6/29/2017 Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E   Document 33-3   Filed 07/05/17   Page 2 of 11   Page ID #:918



**Books** | Advanced Search | New Releases | NEW! Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books | Textbooks

‹ Back to search results for "audible"



 Audible Sample

# Welcome to the Universe: An Astrophysical Tour   Audiobook – Unabridged

Neil deGrasse Tyson (Author), Michael A. Strauss (Author), & 3 more

165 customer reviews

See all 5 formats and editions

| Digital Book $25.40 | Audiobook $20.97 or 1 credit |
|---|---|
| Read with Our Free App | or 1 credit |

*Welcome to the Universe* is a personal guided tour of the cosmos by three of today's leading astrophysicists. Inspired by the enormously popular introductory astronomy course that Neil deGrasse Tyson, Michael A. Strauss, and J. Richard Gott taught together at Princeton, this book covers it all - from

▼ Read more

©2016 Neil DeGrasse Tyson, Michael A. Strauss, and J. Richard Gott (P)2017 Audible, Inc.

## Read & Listen

Switch between reading the Kindle book & listening to the Audible narration with Whispersync for Voice.
Get the Audible audiobook for the reduced price of $7.49 after you buy the Kindle book.

280+ Shares

○ **Buy with Audible Credit** — 1 Credit
You have **3 Audible Credits**

[ Buy with Audible Credit ]

○ Buy with 1-Click — $20.97

Sold and delivered by Audible, an Amazon company

[ Add to List ]

## Customers who bought this item also bought

Page 1 of 19


**Astrophysics for People in a Hurry**
Neil deGrasse Tyson
525
Audible Audio Edition
1 credit


**Cosmos**
Carl Sagan
753
#1 Best Seller in Astronomy
Audible Audio Edition
1 credit


**Origins: Fourteen Billion Years of Cosmic Evolution**
Neil deGrasse Tyson
225
Audible Audio Edition
1 credit


**Death by Black Hole: And Other Cosmic Quandaries**
Neil deGrasse Tyson
406
Audible Audio Edition
1 credit

## Product details

**Audible Audio Edition**
**Listening Length:** 17 hours and 56 minutes

6/29/2017　Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E   Document 33-3   Filed 07/05/17   Page 3 of 11   Page ID #:919

**Program Type:** Audiobook
**Version:** Unabridged
**Publisher:** Audible Studios
**Audible.com Release Date:** February 14, 2017
**Whispersync for Voice:** Ready
**Language:** English
**ASIN:** B01N10UQHG
**Amazon Best Sellers Rank:**

#6 in Books > Science & Math > Astronomy & Space Science > **Cosmology**
#10 in Books > Science & Math > Astronomy & Space Science > **Astrophysics & Space Science**
#22 in Books > Science & Math > **Physics**

## Customer Reviews

**165**
4.7 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 10% |
| 3 star | | 8% |
| 2 star | | 1% |
| 1 star | | 0% |

See all verified purchase reviews ▸

Share your thoughts with other customers

[ Write a customer review ]

### Rated by customers interested in                                What's this?

**Quantum Physics**
5.0 out of 5 stars

**History**
4.5 out of 5 stars

Is this feature helpful?  [Yes]  [No]



Ad feedback

### Customer Images



See all customer images

### Most Recent Customer Reviews

★★★★★ **Five Stars**
good read
Published 15 hours ago by michael h.

★★★★★ **For the rest of us.**
Opened my eyes in a way that most books about the Universe can't.
Published 5 days ago by Kevin Harrington

★★★☆☆ **Unexpected info**
I was hoping the reader would have a voice that drew me into the book. Goes on and drags things out a bit. His voice is ok but it is a task to listen to the cd.
Read more ▸
Published 6 days ago by R. Christian

★★★★★ **Five Stars**
Fantastic book - can't say enough good about it.
Published 10 days ago by Ryan Patterson

★★★★☆ **Four Stars**
Interesting read so far...
Published 11 days ago by Madison

★★★★★ **Five Stars**
It's excellent and a quick read. I wish he had written more.

## Top Customer Reviews

★★★★★ **Crash Course on Astrophysics for the masses**
By **Lucien Desar** on September 28, 2016
Format: Hardcover

This is essentially a quick primer on astrophysics, written in a clear and easy to understand manner without dumbing down the contents. It reminds me of what I had learned in high school and college but my understanding after reading this book is a lot better because the examples were so much better. I wish the three authors taught my science courses!

The book covers fun topics including black holes, warp drives, solar systems, galaxies, multiverses, superstring theory, M-theory, unique star types, space colonization, and time travel along with equations with basic algebra concepts explained throughout.

Comment  |  100 people found this helpful. Was this review helpful to you?  [Yes]  [No]  Report abuse

★★★★★ **Astrophysics for the uninitiated ... not to be missed.**
By **Chris** on October 18, 2016
Format: Hardcover  |  **Verified Purchase**

This is an extremely well done book. The authors are to be particularly commended for excellent coordination between topics, referencing each other across chapters. Given the breadth of the topics, the effort to insure integration and coherence is notable.

Starting with "astronomy 101", recounting history and discoveries to provide understanding of 'how we got to the present', the book moves from the solar system outward ... finally to the cosmology of the universe. At the start concepts are elemental, imparting knowledge many with interest in astronomy learned in early years. As the story grows more complicated, astronomy becomes astrophysics with authors incorporating necessary physics background. There are extensive discussions on aspects of galactic structure, star types, stellar evolution. Later, in the book there are select chapters on special relativity, general relativity, black holes, time travel. It is a seemingly whirlwind tour, but one well designed and described. The authors have taken great pains (and succeeded) in helping us understand what they have learned about the universe and associated complex physics.

**Further Supp. Exhibit 2   Page 17**

Case 2:17-cv-01941-GW-E   Document 33-3   Filed 07/05/17   Page 4 of 11   Page ID #:920

As a grade school child, I became fascinated with astronomy, encouraged by a Cal Tech aeronautical engineer

☟ Read more

Published 13 days ago by Thomas J. Aubrey

★★★★★ **Five Stars**
Outstanding book.
Published 28 days ago by josue

| 2 comments | 55 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse |

★★★☆☆ **Iam a reasonably intelligent electrical technician**
Most of the book was way over my head. Iam a reasonably intelligent electrical technician, but I found myself fast forwarding past mathematical equations I could not understand.
Published 1 month ago by Amazon Customer

★★★★★ **A Great Book for "Universal" Perspective**
By Amazon Customer on January 22, 2017
Format: Hardcover | Verified Purchase

This is one the most fascinating and enjoyable books I have read. For someone like me who is an astronomy and physics novice, but yet captivated by the cosmos, this book is more than I could have hoped for in terms of combining fun reading with education. DeGrasse Tyson and the other authors do a great job of explaining complex concepts with understandable terms and examples, while also providing enough of the science and math foundation and principles to challenge and allow the reader to exercise his or her brain. It is written for the truly curious, not for the passive. It is a book to fully contemplate each chapter, not to rush. It also provides plenty of fun and almost incomprehensible quick facts with which readers can amaze their family and friends. With all of the recent strange events going on in the world, this book is fun and smart escapism, with fascinating real facts but also yet to be explained phenomena, certain to keep things for us here on Earth in "universal" perspective.

★★★★★ **Five Stars**
2 thumbs up
Published 1 month ago by terry

★★★★★ **Five Stars**
this was a great gift to a friend.
Published 1 month ago by Pete Bergagnini

**Search Customer Reviews**

🔍 [                    ] [Search]

| Comment | 15 people found this review helpful. Was this review helpful to you? | Yes | No | Report abuse |

★★★★★ **Welcome to the Universe**
By weston on June 4, 2017
Format: Hardcover | Verified Purchase

This is an interesting book, both in its content and in its concept. Three prominent astrophysicists have written a textbook on the subject of astrophysics for students at Princeton with little or no prior training in the physics and math upon which the subject is based. Based on the success of the course, the book is now being marketed to the general reading public, which is a noble experiment. I have a lifetime of prior experience in the type of math and physics upon which astrophysics is based, but no experience of applying that math and physics to the problems discussed in this book. I can imagine that a Princeton student, given some examples and some exercises (not included in the book), could work through most of the math at the level discussed, and the subject is sufficiently interesting to motivate them to do so (I found myself wanting to do this.) With my background, I could understand how it should be possible to work through the calculations that they described to "measure" the composition and temperatures of stars, the distances to distant galaxies, etc. However, I suspect that readers without at least a BS in Physics sort of background will feel that they are being asked to take a lot on faith, despite the authors' efforts to the contrary. However, this is a breathtaking and profusely illustrated story of how stars and planets and galaxies are formed, evolve and die, of how the (perhaps multiple) universe is expanding, of the necessity of "dark" matter/energy, of the implications of relativity, the geometry of space-time and of how we have determined all of this.

| Comment | 2 people found this review helpful. Was this review helpful to you? | Yes | No | Report abuse |

★★★★★ **Son's choice**
By Jen on May 6, 2017
Format: Hardcover | Verified Purchase

My son's heroes are Stephen Hawkins and DeGrasse so I look for anything they have done. I saw this book when it came out but was not available at Christmas. I bought it for his birthday and he told me he enjoys it. He says it is really easy to understand. He is use to reading more advanced but he is happy to have it.

| Comment | 3 people found this review helpful. Was this review helpful to you? | Yes | No | Report abuse |

★★★★★ **How can we exist at all is amazing**
By loretta powell on January 13, 2017
Format: Hardcover | Verified Purchase

Love this book; takes you to the universe as the scientific community sees it at the present time.
We may be infinitesimal, but so are so many other things in the universe.
How exciting to realize we are part of such an incredible universe. What's more amazing is that we can exist at all.

| Comment | 3 people found this review helpful. Was this review helpful to you? | Yes | No | Report abuse |

★★★★★ **He told me it definitely does not disappoint and he has shared the book's information with me**
By mm from PA on February 15, 2017
Format: Hardcover | Verified Purchase

**Further Supp. Exhibit 2  Page 18**

This was purchased as a gift for my husband. He does not spend much time reading but when this book first came out, he was immediately interested in it. He told me it definitely does not disappoint and he has shared the book's information with me. I do not usually read anything non-fiction or scientific but with all that he has told me, I am looking forward to reading this one.

Comment | 3 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

⭐⭐⭐⭐⭐ **Beautiful and well done science book for the layman.**
By Anthony A. Ratliff on December 10, 2016
Format: Hardcover | Verified Purchase

Beautiful book and very high quality paper and binding.
I love e-books but this hard cover feels wonderful in my hands.
Hard science explained for the layman.

Comment | 5 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

See all verified purchase reviews (newest first) ▸

[Write a customer review]

## Look for similar items by category

- Books > Science & Math > Astronomy & Space Science > Astrophysics & Space Science
- Books > Science & Math > Astronomy & Space Science > Cosmology


Ad feedback

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
Sell Your Subscription on Amazon
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English  |  United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services | Audible | AudiobookStand | Book Depository | Box Office Mojo | ComiXology | CreateSpace |

6/29/2017 Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil DeGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E Document 33-3 Filed 07/05/17 Page 6 of 11 Page ID #:922

| Scalable Cloud Computing Services | Download Audio Books | Discount Audiobooks on Disc | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy |
|---|---|---|---|---|---|---|
| DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India |
| Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items | Prime Photos Unlimited Photo Storage Free With Prime | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content |
| | Withoutabox Submit to Film Festivals | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

6/29/2017, Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E   Document 33-3   Filed 07/05/17   Page 7 of 11   Page ID #:923







## Welcome to the Universe: An Astrophysical Tour  Audiobook – Unabridged

Neil deGrasse Tyson (Author), Michael A. Strauss (Author), & 3 more

  165 customer reviews

See all 5 formats and editions

| Digital Book $25.40 | Audiobook $20.97 or 1 credit |
|---|---|
| Read with Our Free App | or 1 credit |



*Welcome to the Universe* is a personal guided tour of the cosmos by three of today's leading astrophysicists. Inspired by the enormously popular introductory astronomy course that Neil deGrasse Tyson, Michael A. Strauss, and J. Richard Gott taught together at Princeton, this book covers it all - from

Read more

©2016 Neil DeGrasse Tyson, Michael A. Strauss, and J. Richard Gott (P)2017 Audible, Inc.

### Read & Listen

Switch between reading the Kindle book & listening to the Audible narration with Whispersync for Voice.
Get the Audible audiobook for the reduced price of $7.49 after you buy the Kindle book.





280+ Shares

Buy with Audible Credit — 1 Credit

Buy with 1-Click — $20.97
List Price: $29.95    You Save: $8.98 (29%)

**Buy now with 1-Click**

By completing your purchase, you agree to Audible's Conditions of Use and Privacy Notice.

Sold and delivered by Audible, an Amazon company

Add to List

## Customers who bought this item also bought                                    Page 1 of 19

   

| Astrophysics for People in a Hurry | Cosmos | Origins: Fourteen Billion Years of Cosmic Evolution | Death by Black Hole: And Other Cosmic Quandaries |
|---|---|---|---|
| Neil deGrasse Tyson | Carl Sagan | Neil deGrasse Tyson | Neil deGrasse Tyson |
| 525 | 753 | 225 | 406 |
| Audible Audio Edition | #1 Best Seller in Astronomy | Audible Audio Edition | Audible Audio Edition |
| 1 credit | Audible Audio Edition | 1 credit | 1 credit |
|  | 1 credit |  |  |

### Product details

**Audible Audio Edition**

**Listening Length:** 17 hours and 56 minutes

**Further Supp. Exhibit 2   Page 21**

6/29/2017 Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E   Document 33-3   Filed 07/03/17   Page 8 of 11   Page ID #:924

**Program Type:** Audiobook
**Version:** Unabridged
**Publisher:** Audible Studios
**Audible.com Release Date:** February 14, 2017
**Whispersync for Voice:** Ready
**Language:** English
**ASIN:** B01N10UQHG

**Amazon Best Sellers Rank:**

#6 in Books > Science & Math > Astronomy & Space Science > **Cosmology**

#10 in Books > Science & Math > Astronomy & Space Science > **Astrophysics & Space Science**

#22 in Books > Science & Math > **Physics**

---

## Customer Reviews

165
4.7 out of 5 stars

| | |
|---|---|
| 5 star | 81% |
| 4 star | 10% |
| 3 star | 8% |
| 2 star | 1% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews ▸

**Rated by customers interested in**   What's this?

**Quantum Physics**
5.0 out of 5 stars

**History**
4.5 out of 5 stars

Is this feature helpful?  Yes  No



Ad feedback

**Customer Images**



See all customer images

**Most Recent Customer Reviews**

★★★★★ **Five Stars**
good read
Published 15 hours ago by michael h.

★★★★★ **For the rest of us.**
Opened my eyes in a way that most books about the Universe can't.
Published 5 days ago by Kevin Harrington

★★★☆☆ **Unexpected info**
I was hoping the reader would have a voice that drew me into the book. Goes on and drags things out a bit. His voice is ok but it is a task to listen to the cd.
Read more ▸
Published 6 days ago by R. Christian

★★★★★ **Five Stars**
Fantastic book - can't say enough good about it.
Published 10 days ago by Ryan Patterson

★★★★☆ **Four Stars**
Interesting read so far...
Published 11 days ago by Madison

★★★★★ **Five Stars**
It's excellent and a quick read. I wish he had written more.

## Top Customer Reviews

★★★★★ **Crash Course on Astrophysics for the masses**
By **Lucien Desar** on September 28, 2016
Format: Hardcover

This is essentially a quick primer on astrophysics, written in a clear and easy to understand manner without dumbing down the contents. It reminds me of what I had learned in high school and college but my understanding after reading this book is a lot better because the examples were so much better. I wish the three authors taught my science courses!

The book covers fun topics including black holes, warp drives, solar systems, galaxies, multiverses, superstring theory, M-theory, unique star types, space colonization, and time travel along with equations with basic algebra concepts explained throughout.

Comment | 100 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

★★★★★ **Astrophysics for the uninitiated ... not to be missed.**
By **Chris** on October 18, 2016
Format: Hardcover | **Verified Purchase**

This is an extremely well done book. The authors are to be particularly commended for excellent coordination between topics, referencing each other across chapters. Given the breadth of the topics, the effort to insure integration and coherence is notable.

Starting with "astronomy 101", recounting history and discoveries to provide understanding of 'how we got to the present', the book moves from the solar system outward ... finally to the cosmology of the universe. At the start concepts are elemental, imparting knowledge many with interest in astronomy learned in early years. As the story grows more complicated, astronomy becomes astrophysics with authors incorporating necessary physics background. There are extensive discussions on aspects of galactic structure, star types, stellar evolution. Later, in the book there are select chapters on special relativity, general relativity, black holes, time travel. It is a seemingly whirlwind tour, but one well designed and described. The authors have taken great pains (and succeeded) in helping us understand what they have learned about the universe and associated complex physics.

**Further Supp. Exhibit 2   Page 22**

6/29/2017 Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E   Document 33-3   Filed 07/05/17   Page 9 of 11   Page ID #:925

As a grade school child, I became fascinated with astronomy, encouraged by a Cal Tech aeronautical engineer

≫ Read more

| 2 comments | 55 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse |

### ★★★★★ A Great Book for "Universal" Perspective

By **Amazon Customer** on January 22, 2017

Format: Hardcover  |  **Verified Purchase**

This is one the most fascinating and enjoyable books I have read. For someone like me who is an astronomy and physics novice, but yet captivated by the cosmos, this book is more than I could have hoped for in terms of combining fun reading with education. DeGrasse Tyson and the other authors do a great job of explaining complex concepts with understandable terms and examples, while also providing enough of the science and math foundation and principles to challenge and allow the reader to exercise his or her brain. It is written for the truly curious, not for the passive. It is a book to fully contemplate each chapter, not to rush. It also provides plenty of fun and almost incomprehensible quick facts with which readers can amaze their family and friends. With all of the recent strange events going on in the world, this book is fun and smart escapism, with fascinating real facts but also yet to be explained phenomena, certain to keep things for us here on Earth in "universal" perspective.

Comment  |  15 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

### ★★★★★ Welcome to the Universe

By **weston** on June 4, 2017

Format: Hardcover  |  **Verified Purchase**

This is an interesting book, both in its content and in its concept. Three prominent astrophysicists have written a textbook on the subject of astrophysics for students at Princeton with little or no prior training in the physics and math upon which the subject is based. Based on the success of the course, the book is now being marketed to the general reading public, which is a noble experiment. I have a lifetime of prior experience in the type of math and physics upon which astrophysics is based, but no experience of applying that math and physics to the problems discussed in this book. I can imagine that a Princeton student, given some examples and some exercises (not included in the book), could work through most of the math at the level discussed, and the subject is sufficiently interesting to motivate them to do so (I found myself wanting to do this.) With my background, I could understand how it should be possible to work through the calculations that they described to "measure" the composition and temperatures of stars, the distances to distant galaxies, etc. However, I suspect that readers without at least a BS in Physics sort of background will feel that they are being asked to take a lot on faith, despite the authors' efforts to the contrary. However, this is a breathtaking and profusely illustrated story of how stars and planets and galaxies are formed, evolve and die, of how the (perhaps multiple) universe is expanding, of the necessity of "dark" matter/energy, of the implications of relativity, the geometry of space-time and of how we have determined all of this.

Comment  |  2 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

### ★★★★★ Son's choice

By **Jen** on May 6, 2017

Format: Hardcover  |  **Verified Purchase**

My son's heroes are Stephen Hawkins and DeGrasse so I look for anything they have done. I saw this book when it came out but was not available at Christmas. I bought it for his birthday and he told me he enjoys it. He says it is really easy to understand. He is use to reading more advanced but he is happy to have it.

Comment  |  3 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

### ★★★★★ How can we exist at all is amazing

By **loretta powell** on January 13, 2017

Format: Hardcover  |  **Verified Purchase**

Love this book; takes you to the universe as the scientific community sees it at the present time.
We may be infinitesimal, but so are so many other things in the universe.
How exciting to realize we are part of such an incredible universe. What's more amazing is that we can exist at all.

Comment  |  3 people found this helpful. Was this review helpful to you? | Yes | No | Report abuse

### ★★★★★ He told me it definitely does not disappoint and he has shared the book's information with me

By **mm from PA** on February 15, 2017

Format: Hardcover  |  **Verified Purchase**

---

Published 13 days ago by Thomas J. Aubrey

★★★★★ **Five Stars**
Outstanding book.
Published 28 days ago by josue

★★★☆☆ **I am a reasonably intelligent electrical technician**
Most of the book was way over my head. I am a reasonably intelligent electrical technician, but I found myself fast forwarding past mathematical equations I could not understand.
Published 1 month ago by Amazon Customer

★★★★★ **Five Stars**
2 thumbs up
Published 1 month ago by terry

★★★★★ **Five Stars**
this was a great gift to a friend.
Published 1 month ago by Pete Bergagnini

**Search Customer Reviews**

🔍 [                    ]   Search

6/29/2017 Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E Document 33-3 Filed 07/05/17 Page 10 of 11 Page ID #:926

This was purchased as a gift for my husband. He does not spend much time reading but when this book first came out, he was immediately interested in it. He told me it definitely does not disappoint and he has shared the book's information with me. I do not usually read anything non-fiction or scientific but with all that he has told me, I am looking forward to reading this one.

Comment | 3 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

⭐⭐⭐⭐⭐ **Beautiful and well done science book for the layman.**
By Anthony A. Ratliff on December 10, 2016
Format: Hardcover | Verified Purchase

Beautiful book and very high quality paper and binding.
I love e-books but this hard cover feels wonderful in my hands.
Hard science explained for the layman.

Comment | 5 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

See all verified purchase reviews (newest first) ▸

[Write a customer review]

## Look for similar items by category

- Books > Science & Math > Astronomy & Space Science > Astrophysics & Space Science
- Books > Science & Math > Astronomy & Space Science > Cosmology


Ad feedback



6/29/2017 Amazon.com: Welcome to the Universe: An Astrophysical Tour (Audible Audio Edition): Neil deGrasse Tyson, Michael A. Strauss, J. Richard Go…

Case 2:17-cv-01941-GW-E Document 33-3 Filed 07/05/17 Page 11 of 11 Page ID #:927

| Scalable Cloud<br>Computing Services | Download<br>Audio Books | Discount Audiobooks<br>on Disc | Books With Free<br>Delivery Worldwide | Find Movie<br>Box Office Data | Thousands of<br>Digital Comics | Indie Print Publishing<br>Made Easy |
| --- | --- | --- | --- | --- | --- | --- |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
|  | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services |  |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates