JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.451

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for AUDIBLE, INC. and
AMAZON.COM, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUDIBLE, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01941 GW (Ex)<br><br>**DECLARATION OF KAREN RESSMEYER IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>Date: July 13, 2017<br>Time: 8:30 AM<br>Crtm: 9D<br>Judge: George H. Wu<br>Trial Date: NONE SET |

I, Karen Ressmeyer, declare as follows:

1. I am Associate General Counsel, Marketing & Prime, in the Legal Department at Amazon.com, Inc. ("Amazon"). I have worked at Amazon since June 15, 1998. My current responsibilities include providing marketing legal advice to various Amazon business teams and legal advice and support to the Amazon Prime global program. I am also responsible for Amazon's Conditions of Use and Prime Terms & Conditions.1 I have had these responsibilities since at least 2010. I am authorized to make this Declaration on Amazon's behalf. I have personal knowledge of the facts set forth in this declaration and/or have relied on Amazon records generated and maintained in the ordinary course of business, and, if called to do so, would and could testify to the matters stated herein.

2. Based on my review of business records that Amazon keeps in the ordinary course of business, I understand that Mr. McKee joined Amazon Prime in February 2012. Mr. McKee's account history reflects that he signed up for a free trial membership to Amazon Prime on February 10, 2012, which then converted to an annual paid membership on March 10, 2012.

3. Amazon requires customers to agree to the Amazon Prime Terms when they sign up for a membership to Amazon Prime, whether they sign up through Amazon's mobile website or Amazon's desktop website. Attached as **Exhibit 1** to this declaration is a printout of the webpage on Amazon's desktop website form which a user can start a free trial membership for Amazon Prime; attached as **Exhibit 2** to this declaration is a printout of the webpage on Amazon's mobile website form which a user can start a monthly paid membership for Amazon Prime. In both cases, the following language appears below the button the user must press to start a membership: "By signing up, you agree to the Amazon Prime Terms . . . ." This language

---

[1] Currently, the Prime Terms & Conditions are called the "Prime Terms." But during the time frames relevant here, they were called the Prime Terms & Conditions.

KAREN RESSMEYER DECL. ISO
DFTS' MTN TO COMPEL ARB.                    2                    Case No. 2:17-cv-1941 GW(Ex)

contains a hyperlink to the Amazon Prime Terms.

4. Although we have been unable to access the sign-up pages from when Mr. McKee signed up for Amazon Prime in 2012, I am familiar with the sign-up process from that time. At that time, like today, Amazon required users to click a sign-up button with a disclosure next to it, which contained a link to the Amazon Prime Terms and a statement that by signing up the user was agreeing to those terms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 3rd day of July, 2017, at Seattle, Washington.

_____
Karen Ressmeyer

KAREN RESSMEYER DECL. ISO
DFTS' MTN TO COMPEL ARB.         3         Case No. 2:17-cv-1941 GW(Ex)