# EXHIBIT 2

**Exhibit 2 Page 17**



**Welcome to Audible.**
1 message

**Audible.com** <do_not_reply@audible.com>                               Mon, Jun 26, 2017 at 10:51 AM
To:





thanks for joining Audible.

Your AudibleListener® Trial membership gives you amazing deals and the best in class service you'd expect from an Amazon company. Remember we're here for you should you need help getting started or choosing a book. You'll find our contact information at the bottom of this email and on every page at Audible.com.

**Order Details**
Order number: 38RRHCB3EVYB0RH3Q6F0

1. AudibleListener® Gold Membership                                     $14.95

Order Total (with applicable tax and promotions): $0.00

## Find your next great listen

Audible members agree that some books take on another dimension when read by a great narrator. Chosen by listeners like you, check out these great listens.

You Might Like

  

New Releases

  

## How membership works

You can use your Audible membership credits to buy audiobooks on Amazon or Audible.com

- Your paid membership begins after your 30-day free trial and will renew each month at $14.95.
- Your plan will give you 1 credit each month, which you can use to shop for audiobooks.
- Manage your membership and view your purchase history at Audible.com. Just log in with your Amazon account info.
- In addition to your monthly audiobook credit, you get access to Channels for unlimited listening to premium short content in the Audible app for iOS, Android, and Windows 10.

You can cancel your membership before your free trial period is up and you will not be charged. Thereafter, membership renews at the full monthly rate, currently $14.95. Cancel anytime. See the terms and policy applicable to Audible memberships.



Have a question? Visit our online Help Center for an answer.

24/7 Customer Support available – click here to contact us now.

You can view your receipts or invoices here.

You received this email at because you are a registrant or subscriber of Audible.
We hope you found this message useful.

© 1997-2017 Audible, Inc. Audible and the Audible logo are trademarks of Audible, Inc. or its affiliates.
1 Washington Park, 16th Floor, Newark, NJ 07102

All Rights Reserved

Privacy Policy

**Exhibit 2 Page 20**