# EXHIBIT 3

Exhibit 3 Page 21



# amazon

Start your Audible 30-Day Free Trial with
**The Organized Mind: Thinking Straight in the Age of Information Overload**

Regular Price: $26.95
Your Price: **Free**

⚠ **No supported credit cards**
Please add a supported credit card to complete your order. Audible supports American Express, Discover Card, MasterCard, and Visa.

Add a credit card



**What am I getting?**

This audiobook and another of your choice, free. After 30 days, Audible is $14.95/month. Each month, choose one audiobook from Audible's 150,000+ titles—regardless of its regular price.


**Unmatched Selection**
New releases, best sellers, and much more.


**Exchange Any Book**
Don't like it? Try another, free. No hassles.


**Listen Anywhere**
Get the free Audible app for your phone or tablet.

**Cancel Anytime**
Your audiobook are yours to keep.

Confirm your free trial

**Summary**

| | |
|---|---|
| The Organized Mind: Thinking Straight in the Age of Information Overload | $0.00 |
| Second audiobook of your choice | $0.00 |
| Audible 30-Day Free Trial | $0.00 |
| **Total:** | **$0.00** |

Sold and delivered by

an amazon company

By completing your purchase, you agree to Audible's Conditions of Use and Privacy Notice and authorize us to charge your designated credit card or another available credit card on file.

Do you need help? Contact Audible Customer Care at 1-866-416-0103 or by email.


Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2014, Amazon.com, Inc. or its affiliates

Exhibit 3 Page 22