JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.451

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for AUDIBLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUDIBLE, INC.<br><br>Defendant. | Case No.: 2:17-cv-01941 GW (Ex)<br><br>**AUDIBLE'S RESPONSE TO PLAINTIFF'S OBJECTION TO REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS AS TO SETH BEALS**<br><br>Date: October 2, 2017<br>Time: 8:30 AM<br>Crtm: 9D<br>Judge: George H. Wu<br>Trial Date: NONE SET |

Audible, Inc. respectfully submits this response to Plaintiff's objections to Audible's reply brief in support its motion to compel arbitration and dismiss claims as to Plaintiff Seth Beals. *See* Dkt. No. 47.

*First*, the reply submission is not late. The parties conferred about a schedule that would encompass all motions to dismiss—which Audible noted might include a motion based on its arbitration agreement. In the joint proposed scheduling report, Audible expressly noted that it might bring a motion on the basis of its arbitration agreement as to new plaintiffs in the First Amended Complaint. Dkt. No. 38 at 2. The Court's minute order following the July 31 Scheduling Conference specifically set a schedule for all "Motions to Dismiss"—plural—not only a motion under Rule 12(b). Dkt. No. 39.

*Second*, as for Plaintiffs' claim that Audible's evidence on reply is improper, the declarations supporting Audible's reply merely corroborate the evidence submitted with its opening motion, and were not improper.

For these reasons, the Court should overrule Plaintiff's objections.

Dated: September 22, 2017　　　　FENWICK & WEST LLP

By: /s/ *Jedediah Wakefield*
　　Jedediah Wakefield

Attorneys for AUDIBLE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

AUDIBLE'S RESPONSE TO
OBJECTION RE REPLY　　　　2　　　　Case No. 2:17-cv-1941 GW(Ex)