UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1941-GW(Ex) | Date | December 6, 2017 |
|---|---|---|---|
| Title | *Grant McKee v. Audible, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**  **IN CHAMBERS:**

**RULING ON DEFENDANT AUDIBLE'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS AS TO SETH BEALS [41];**

**DEFENDANT AUDIBLE'S MOTION TO DISMISS CLAIMS [42]**

Upon further consideration, the Court adopts its October 26, 2017 Tentative Ruling (Docket No. 53) as its final decision on the pending motions (Docket No. 41 and 42).

:

Initials of Preparer    JG