JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:   206.389.4511

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendant
AUDIBLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, TAYLOR FISSE, BRYAN REES, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>Defendant. | Case No.: CV 17-1941-GW(Ex)<br><br>**ORDER GRANTING STIPULATION SETTING CASE DEADLINES RELATED TO SECOND AMENDED COMPLAINT**<br><br>Date:        March 12, 2018<br>Time:       8:30AM<br>Crtm:       9D<br>Judge:      George H. Wu<br>Trial Date: NONE SET |

[PROPOSED] ORDER RE STIPULATION SETTING CASE DEADLINES

Case No. 2:17-cv-1941 GW(Ex)

Having considered the joint request of Plaintiffs Grant McKee, Taylor Fisse, Bryan Rees, Eric Weber, and Michael Rogawski (collectively, "Plaintiffs") and Defendant Audible, Inc. ("Audible") for an extension of case deadlines concerning the Second Amended Complaint, and finding good cause to extend Audible's time to answer or otherwise respond to the Second Amended Complaint and to allow the parties additional time to brief the various anticipated motions, the Court HEREBY ENTERS the following case schedule:

| Event | Deadline |
| --- | --- |
| Audible's Deadline to Answer or Otherwise Respond to the Second Amended Complaint | January 22, 2018 |
| Plaintiffs' Deadline to File a Motion for Corrective Action | January 22, 2018 |
| Plaintiffs' Deadline to Oppose any Motions Filed by Audible | February 12, 2018 |
| Audible's Deadline to Oppose Plaintiffs' Motion for Corrective Action | February 12, 2018 |
| Audible's Deadline to File Replies in Support of its Motions | February 26, 2018 |
| Plaintiffs' Deadline to File a Reply in support of Motion for Corrective Action | February 26, 2018 |
| Hearing on Audible's and Plaintiffs' Motions | March 12, 2018 |

The Status Conference set for January 22, 2018 is taken off-calendar.

**IT IS SO ORDERED.**

Dated: January 4, 2018

*/s/ George H. Wu*

GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER RE STIPULATION SETTING CASE DEADLINES        1        Case No. 2:17-cv-1941 GW(Ex)