**Jamin S. Soderstrom, Bar No. 261054**
**jamin@soderstromlawfirm.com**
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
**Tel:   (949) 667-4700**
**Fax:  (949) 424-8091**

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| **GRANT MCKEE, TAYLOR FISSE, BRYAN REES, ERIC WEBER, and MICHAEL ROGAWSKI**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**AUDIBLE, INC.**,<br><br>　　　　Defendant. | Case No. 2:17-cv-01941 GW (Ex)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CORRECTIVE ACTION**<br><br>Date:　　　　March 12, 2018<br>Time:　　　　8:30 a.m.<br>Courtroom:　　9D<br>Judge:　　　　Hon. George H. Wu |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on March 12, 2018 at 8:30 a.m., or as soon thereafter as the matter may be heard by the Honorable George H. Wu in Courtroom 9D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Grant McKee, Taylor Fisse, Bryan Rees, Eric Weber, and Michael Rogawski (collectively "Plaintiffs") will and hereby do move the Court for an order requiring corrective action concerning Defendant Audible, Inc.'s attempt to revise its relevant webpages, disclosures, and terms in order to secure new arbitration agreements from putative class members without providing complete information that enables such putative class members to make fully informed decisions about their rights and options. This Motion is brought pursuant to Federal Rule of Civil Procedure 23(d) and seeks an order declaring that any arbitration agreements secured by Audible using webpages, disclosures, or terms that were revised during the pendency of this action are invalid and unenforceable.

This Motion is based on this Notice of Motion and Motion; Plaintiffs' Memorandum of Points and Authorities in Support Thereof; the Declarations of Jamin S. Soderstrom, Taylor Fisse, Eric Weber, and Michael Rogawski, and all exhibits thereto; all documents in the Court's file; and such other arguments as may be presented to the Court.

This Motion is made following multiple written and telephonic conferences of counsel pursuant to Local Rule 7-3, which took place on October 20, 2017, November 20, 2017, December 19, 2017, and January 10, 2018.

Dated: January 22, 2018         SODERSTROM LAW PC

By: */s/ Jamin S. Soderstrom*

Jamin S. Soderstrom
*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 22, 2018, I caused the foregoing document to be served on all counsel of record by the Court's CM/ECF electronic filing system.

By: */s/ Jamin S. Soderstrom*

Jamin S. Soderstrom

*Counsel for Plaintiffs and the Proposed Class*

Email: jamin@soderstromlawfirm.com