# EXHIBIT 11

Exhibit 11 Page 49



Exhibit 11 Page 50



**Exhibit 11 Page 51**