# EXHIBIT 12

Exhibit 12 Page 52



Exhibit 12 Page 53