**Jamin S. Soderstrom, Bar No. 261054**
**jamin@soderstromlawfirm.com**
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
**Tel:   (949) 667-4700**
**Fax:  (949) 424-8091**

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| GRANT MCKEE, TAYLOR FISSE, BRYAN REES, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>           Defendant. | Case No. 2:17-cv-01941 GW (EX)<br><br>**PLAINTIFF ERIC WEBER'S DECLARATION IN SUPPORT OF HIS SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>Date:          April 2, 2018<br>Time:         8:30 a.m.<br>Courtroom: 9D<br>Judge:        Hon. George H. Wu<br>Trial Date: None Set |

# DECLARATION OF ERIC WEBER

I, Eric Weber, declare as follows:

1. I am an individual over 18 years old. I currently reside in California. I am a Plaintiff in this case. The facts set forth in this Declaration are based upon my own personal knowledge and, if called as a witness, I could and would competently testify to the facts set forth herein.

2. I believe I signed up for an Amazon account in or around early 2011. The current homepage of my Amazon account identifies me as a "Customer Since 2011." *See* **Exhibit 1**. I have been told that Amazon has records showing I have two accounts, including a merchant account. I do not know why I would have two accounts or a merchant account. I have used the same email address for many years, and I have never been a merchant on Amazon.com. To the best of my recollection and by looking at my past purchases, I believe I started using my Amazon account to make purchases in or around February 2011. I cannot be certain of the exact dates. I understand and acknowledge that when I created my Amazon account and started making purchases on Amazon.com in or around early 2011, I agreed to certain contract terms. My understanding is that the contract terms I agreed to did not include any mandatory arbitration clause or class action or jury trial waivers.

3. After I signed up for my Amazon account and started making purchases on Amazon.com, I never received any emailed, mailed, or other type of notice telling me that the contract terms I agreed to had been modified or sending me a link or copy of such terms. I have occasionally seen a "conditions of use" hyperlink in different places on Amazon.com. As far as I know, the hyperlink represented the same contract terms I originally agreed to when I signed up in or around early 2011. I have never been asked or required to review and agree to any modified contract terms, and I did not know that Amazon has periodically and unilaterally modified the contract terms I agreed to. I have never seen or agreed to any contract terms that required me to arbitrate any claims I had in the past, currently have, or may have in the future against Amazon.

4. I make many, but not all, of my purchases on Amazon.com using my smartphone. I believe I usually click a "Place your order" or similar button when I make a purchase on Amazon.com, but I cannot be sure whether the "Place your order" buttons I have pressed have an Amazon "conditions of use" hyperlink next to them.

5. I did not intentionally sign up for a new Amazon Prime membership on October 26, 2017. For years I have been able to use shared free shipping services through my sister's household Amazon Prime membership. I am not sure why one of my payment methods (I believe it would be a debit card) was changed on October 26, 2017 for a new Amazon Prime membership because I did not need a new membership and I did not intentionally visit an Amazon Prime membership sign up webpage and complete a sign up process for a new annual membership I did not need. If I did unintentionally sign up for a new Amazon Prime membership, it probably would have been on September 26, 2017 when I believe I made a purchase and would have wanted free shipping. I definitely did not visit Amazon.com specifically to sign up for a new Amazon Prime membership. If some part of a purchase I made on Amazon.com did cause me to visit an Amazon Prime sign up webpage, I would have clicked the button and I would not have scrolled below the button unless the website asked or required me to do so. I did not see any disclosure of any "Amazon Prime Terms" on any Amazon.com webpage I visited in September or October 2017 (or at any other time to the best of my recollection).

6. I have been a California resident for many years and was a California resident when I signed up for Amazon in or around early 2011. Most of the times I have visited or made purchases on Amazon.com I was in California. I did not intentionally direct any activities on Amazon.com to the state of Washington or any other place; I believed I was simply making an online purchase in California that would be delivered to me in California.

///

///

///

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This Declaration was executed on March 7, 2018 at San Dimas, California.

By: _____

Eric Weber, Plaintiff

WEBER DECLARATION