UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1941-GW(Ex) | Date | April 19, 2018 |
|---|---|---|---|
| Title | *Grant McKee v. Audible, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jamin Samuel Soderstrom | Jedediah Wakefield by telephone |
| | Annasara G. Purcell by telephone |

**PROCEEDINGS:** **STATUS CONFERENCE**

Court and counsel confer. The Court sets a hearing on Plaintiff's motion for class certification for December 3, 2018 at 8:30 a.m. Parties may stipulate to the briefing schedule, except the reply, which will be filed by November 19, 2018. Initial disclosures will be due by May 21, 2018 and discovery is open for all purposes.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | JG |