# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### **AMENDED** CIVIL MINUTES - GENERAL

| Case No. | CV 17-1941-GW(Ex) | Date | April 19, 2018 |
|---|---|---|---|
| Title | *Grant McKee v. Audible, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jamin Samuel Soderstrom | Jedediah Wakefield by telephone |
| | Annasara G. Purcell by telephone |

**PROCEEDINGS:**     **STATUS CONFERENCE**

Court and counsel confer. The Court sets a hearing on Plaintiff's motion for class certification for December 3, 2018 at 8:30 a.m. Parties may stipulate to the briefing schedule, except the reply, which will be filed by November 19, 2018. Initial disclosures will be due by May 21, 2018 and discovery is open for all purposes.

*The Court sets a hearing on Defendant's anticipated motion to dismiss concerning Plaintiff Eric Weber's claims for July 23, 2018 at 8:30 a.m. The parties may stipulate to the briefing schedule, except the reply, which will be filed by July 9, 2018.*

*The Court clarified the intent of its ruling concerning Plaintiffs' motion for corrective action, and Plaintiffs' counsel is instructed to prepare and submit an appropriate order. Defendant's counsel is instructed to prepare an order transferring Taylor Fisse's and Bryan Rees's claims to the Eastern District of North Carolina, consistent with the Court's prior ruling on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. Docket 87; Docket 97 at 3.*

                                                                                      :    08

Initials of Preparer    JG