JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:   206.389.4511

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Attorneys for AUDIBLE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE and SETH BEALS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01941 GW(Ex)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER PARTIALLY TRANSFERRING CLAIMS OF PLAINTIFFS TAYLOR FISSE AND BRYAN REES TO THE EASTERN DISTRICT OF NORTH CAROLINA**<br><br>Date:  April 19, 2018<br>Time:  8:30 AM<br>Crtm:  9D<br>Judge:  George H. Wu<br>Trial Date: NONE SET |

NOTICE OF LODGING PROPOSED
ORDER GRANTING MTN TO
TRANSFER VENUE

Case No. 2:17-cv-1941 GW(Ex)

FW/10105273.1

1   Pursuant to the Court's instructions in Docket No. 87, Audible lodges the
2   following [Proposed] Order Partially Transferring Claims of Plaintiffs Taylor Fisse
3   and Bryan Rees to the Eastern District of North Carolina.

5   Dated: May 3, 2018                FENWICK & WEST LLP

7                                     By: *s/ Matthew B. Becker*
8                                         Matthew B. Becker

                                          Attorneys for Defendant
9                                         AUDIBLE, INC.

NOTICE OF LODGING PROPOSED
ORDER GRANTING MTN TO
TRANSFER VENUE                     2        Case No. 2:17-cv-1941 GW(Ex)