JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant
AUDIBLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE and SETH BEALS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01941 GW(Ex)<br><br>**[PROPOSED] ORDER PARTIALLY TRANSFERRING CLAIMS OF PLAINTIFFS TAYLOR FISSE AND BRYAN REES TO THE EASTERN DISTRICT OF NORTH CAROLINA**<br><br>Date: April 19, 2018<br>Time: 8:30 AM<br>Crtm: 9D<br>Judge: George H. Wu<br>Trial Date: NONE SET |

ORDER GRANTING MTN TO
TRANSFER VENUE

Case No. 2:17-cv-1941 GW(Ex)

FW/10095558.2

On March 12, 2018, the Court issued a tentative ruling granting Defendant Audible's Motion to Dismiss the Second Amended Complaint as to Plaintiffs Taylor Fisse and Bryan Rees for Lack of Personal Jurisdiction.  *See* Dkt No. 87 (minute entry attaching ruling on motion to dismiss); Dkt. No. 70 (Audible's Motion to Dismiss).  The parties subsequently informed the Court that in light of the Court's ruling, they would stipulate to the transfer of Fisse's and Rees's claims to the Eastern District of North Carolina to avoid the inefficiency of dismissal and re-filing, subject to Defendant's reservation of the right to raise any jurisdictional or venue defenses that may exist.  For the reasons stated in the Court's Tentative Ruling on Defendant's Motion to Dismiss (Dkt. No. 87), and consistent with the parties' stipulation preserving venue and jurisdictional defenses, the claims of Plaintiffs Taylor Fisse and Bryan Rees are hereby TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
The Honorable George H. Wu