**Jamin S. Soderstrom, Bar No. 261054**
jamin@soderstromlawfirm.com
**SODERSTROM LAW PC**
3 Park Plaza, Suite 100
Irvine, California 92614
Tel:   (949) 667-4700
Fax:  (949) 424-8091

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, TAYLOR FISSE, BRYAN REES, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>          Defendant. | Case No. 2:17-cv-01941 GW (Ex)<br><br>**NOTICE OF LODGING REVISED PROPOSED ORDER GRANTING CORRECTIVE ACTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(d)** |

1  After meeting and conferring pursuant to the Court's instruction, *see* Dkt.110, the
2  parties have agreed to and Plaintiffs hereby lodge the following document:

3  **[REVISED PROPOSED] ORDER GRANTING CORRECTIVE**
4  **ACTION UNDER FEDERAL RULE OF CIVIL PROCEDURE**
5  **23(d)**

7  Dated: May 15, 2018                    SODERSTROM LAW PC
8                                         By: */s/ Jamin S. Soderstrom*
9                                              Jamin S. Soderstrom
10                                         *Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 15, 2018, I caused the foregoing document to be served on all counsel of record by the Court's CM/ECF electronic filing system.

By: */s/ Jamin S. Soderstrom*
   Jamin S. Soderstrom

