**Jamin S. Soderstrom, Bar No. 261054**
**jamin@soderstromlawfirm.com**
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
**Tel: (949) 667-4700**
**Fax: (949) 424-8091**

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| **GRANT MCKEE, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**AUDIBLE, INC.,**<br><br>Defendant. | Case No. 2:17-cv-01941 GW (Ex)<br><br>**DECLARATION OF ERIC WEBER IN SUPPORT OF PLAINTIFFS' MOTION FOR CORRECTIVE ACTION**<br><br>Date: July 23, 2018<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

1

DECLARATION OF ERIC WEBER IN SUPPORT OF PLAINTIFFS' MOTION FOR CORRECTIVE ACTION

# DECLARATION OF ERIC WEBER

I, Eric Weber, declare as follows:

1. I am an individual over 18 years old. I currently reside in California. I am a Plaintiff in this case. The facts set forth in this Declaration are based upon my own personal knowledge and, if called as a witness, I could and would competently testify to the facts set forth herein

2. I became an Audible member in May 2017 and remained a member in good standing during the following year. In December 2017, I joined this action as a named plaintiff and proposed class representative. From December 2018 until March 28, 2018, I continued to be an Audible member. I did not redeem any credits during that time, however, because I was not willing to agree to waive my rights to bring my claims in court and because I was waiting for the Court's ruling on several motions. On March 28, 2018, I received an unsolicited email from Audible's customer service telling me Audible had received confirmation that I had cancelled my membership. The email also told me I could reactivate my membership if I wanted to. The email confused me because I had not cancelled my membership and I did not want to cancel my membership. I want to remain an Audible customer.  A true and correct copy of the email Audible sent me is attached as **Exhibit 1**. A short while later, I received a second unsolicited email from Audible's customer service telling me that Audible had terminated my membership and was going to send me a "refund" for all of my prior payments. The email did not explain why the termination occurred or what effect the refund would have if I cashed the check. A true and correct copy of the second email Audible sent me is attached as **Exhibit 2**. A few days later I received a check with the notation "customer refund" on it. No cover letter or other explanation accompanied the check. A true and correct copy of the check Audible sent me is attached as **Exhibit 3**. I did not know what to make of the emails or the check. I have not cashed the check. I believe I lost six credits when Audible terminated my membership without notice and against my wishes.

DECLARATION OF ERIC WEBER IN SUPPORT OF PLAINTIFFS' MOTION FOR CORRECTIVE ACTION

3. I am concerned that if I continue participating in this action and/or a separate action I filed against Amazon, Audible and Amazon will continue to retaliate against me by cancelling my accounts and/or banning me and possibly my family members as customers. I would like to remain an Audible and Amazon customer, I simply want them to fix what I believe are misleading advertisements and unfair business practices so I can rely on their advertisements and policies in the future.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This Declaration was executed on May  29 , 2018, at San Dimas, California.

By: _____

Eric Weber, Plaintiff