**Jamin S. Soderstrom, Bar No. 261054**
**jamin@soderstromlawfirm.com**
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
**Tel:   (949) 667-4700**
**Fax:  (949) 424-8091**

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>          Defendant. | Case No. 2:17-cv-01941 GW (Ex)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICHAEL ROGAWSKI'S REQUEST UNDER LOCAL RULE 7-10 TO FILE SURREPLY IN OPPOSITION TO AUDIBLE'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>Date:           July 23, 2018<br>Time:          8:30 a.m.<br>Courtroom: 9D<br>Judge:         Hon. George H. Wu<br>Trial date:   None set |

1

On June 25, 2018, Plaintiff Michael Rogawski filed a Request Under Local Rule 7-10 to File Surreply in Opposition to Audible's Motion to Compel Arbitration and Dismiss Claims. The request to file a surreply is GRANTED. Plaintiffs shall file the surreply within three court days of the date of this Order.

Defendant Audible, Inc. is granted leave to file a supplemental brief of up to 10 pages responding to the surreply. Defendant shall file its supplemental brief on or before noon on July 16, 2018.

**IT IS SO ORDERED.**

Dated: _____

                                                                           Honorable George H. Wu
                                                                           United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFF MICHAEL ROGAWSKI'S REQUEST UNDER LOCAL RULE 7-10 TO FILE SURREPLY IN OPPOSITION TO AUDIBLE'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS