**Jamin S. Soderstrom, Bar No. 261054**
jamin@soderstromlawfirm.com
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
Tel:   (949) 667-4700
Fax:  (949) 424-8091

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| **GRANT MCKEE, ERIC WEBER, and MICHAEL ROGAWSKI**, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>**AUDIBLE, INC.**,<br><br>     Defendant. | **Case No. 2:17-cv-01941 GW (Ex)**<br><br>**PLAINTIFFS' REQUEST UNDER LOCAL RULE 7-10 TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CORRECTIVE ACTION**<br><br>Date:       July 23, 2018<br>Time:       8:30 a.m.<br>Courtroom: 9D<br>Judge:      Hon. George H. Wu<br>Trial date: None set |

Pursuant to Local Rule 7-10, Plaintiffs Grant McKee, Eric Weber, and Michael Rogawski respectfully request leave to file a supplemental brief in support of their motion for corrective action. Dkt. 116. Plaintiffs' proposed supplemental brief is attached as **Exhibit 1**.

Plaintiffs' supplemental brief is necessary to give the Court complete information concerning the self-help efforts Audible and its parent company Amazon have already taken and continue to take in connection with this case. After filing the Reply on July 9, 2018, Dkt. 145, Plaintiffs' counsel discovered that Amazon and Audible had issued yet another "updated" version of their Conditions of Use ("COU") on May 21, 2018. Amazon's COU purports to cover all Amazon affiliates, including Audible, and Audible's COU incorporates Amazon's COU by reference. Consistent with every other COU issued since 2008, Amazon did not give any of its existing customers (who include the named plaintiffs in this case) notice of any of the new terms unilaterally included in the new COU. A true and correct copy of Amazon's May 21, 2018 COU is attached as an exhibit to Plaintiffs' proposed supplemental brief.

The new May 21, 2018 COU was issued specifically to create new defenses for Audible in this case and new defenses for Amazon in several related cases: *Weber v. Amazon.com, Inc.*, Case No. 2:17-cv-08868-GW (Ex) (pending before this Court), and *Fisse v. Audible, Inc.*, Case No. 5:18-cv-00211-D (recently transferred to and now pending before the Eastern District of North Carolina). Specifically, the new COU includes a new provision that purports to have all existing customers give Amazon and its affiliates (including Audible) authorization to automatically charge non-designated payment methods stored on the customers' Amazon account without notice.

The new non-designated payment method auto-charge policy contained in the May 21, 2018 COU helps to clarify the reasons why Audible terminated Weber's and Rogawski's memberships, and it exemplifies the need for additional corrective action that reins in Audible's and Amazon's improper self-help efforts. The act of issuing the new COU was also in direct violation of the Court's existing corrective action order in

this case because: (i) the named plaintiffs in this case are all current Amazon customers, (ii) the putative class members in case are also current Amazon customers, (iii) the new COU was directed at each of the named plaintiffs and putative class members in this case, (iv) since June 7, 2016, the Audible COU has expressly incorporated by reference all of the terms of the Amazon COU, and (v) the new COU term that purports to grant Amazon *and its affiliates* written authorization to automatically charge non-designated payment methods without notice is an explicit attempt to create new defenses in this case and will unquestionably impact the potential for settlement of this case and Plaintiffs' and putative class members' rights.

    Plaintiffs therefore respectfully request that the Court grant leave under Local Rule 7-10 and allow Plaintiffs to file the supplemental brief attached as Exhibit 1 within three court days of the date leave is granted.

Dated: July 17, 2018                  SODERSTROM LAW PC

                                          By: */s/ Jamin S. Soderstrom*
                                              Jamin S. Soderstrom
                                              *Counsel for Plaintiffs and the Proposed Class*

3
PLAINTIFFS' REQUEST UNDER LOCAL RULE 7-10 TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CORRECTIVE ACTION

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on, July 17, 2018, I caused the foregoing document to be served on all counsel of record by the Court's CM/ECF electronic filing system.

By: */s/ Jamin S. Soderstrom*

Jamin S. Soderstrom