**Jamin S. Soderstrom, Bar No. 261054**
**jamin@soderstromlawfirm.com**
**SODERSTROM LAW PC**
**3 Park Plaza, Suite 100**
**Irvine, California 92614**
**Tel:   (949) 667-4700**
**Fax:  (949) 424-8091**

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| GRANT MCKEE, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIBLE, INC.,<br><br>Defendant. | Case Nos.: 2:17-cv-01941 GW (Ex) & 2:17-cv-08868 GW (Ex)<br><br>**ORDER ON APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' RENEWED, UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| ERIC WEBER and BRYAN REES, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON SERVICES LLC,<br><br>Defendants. | Date:          March 14, 2019<br>Time:          8:30 a.m.<br>Courtroom:  9D<br>Judge:         Hon. George H. Wu<br>Trial date:    None set |

This matter is before the Court on Plaintiffs' application to file documents under seal in connection with Plaintiffs' Renewed, Unopposed Motion for Preliminary Approval of Class Action Settlement.

Having reviewed the Application, the Court hereby GRANTS the Application and the following documents are ORDERED to be filed under seal:

1. An unredacted version of Plaintiffs' Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement;
2. An unredacted version of the Declaration of Jamin S. Soderstrom in support of Plaintiffs' Motion;
3. The Stipulation of Class Action Settlement and Release ("Stipulation"); and
4. The proposed Class Notice that is Exhibit A to the Stipulation.

Dated: March 5, 2019

Honorable George H. Wu
United States District Judge