| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD |
| | jwakefield@fenwick.com |
| 2 | ARMEN N. NERCESSIAN |
| | anercessian@fenwick.com |
| 3 | MATTHEW BECKER |
| | mbecker@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:  415.875.2300 |
| 6 | Facsimile:   415.281.1350 |

Attorneys for Defendants
AMAZON.COM, INC., AMAZON SERVICES LLC, and AUDIBLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| GRANT MCKEE, ERIC WEBER, and MICHAEL ROGAWSKI, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUDIBLE, INC., <br><br> Defendant. | Case Nos.: **CV 17-1941-GW(Ex)** & CV 17-8868-GW(Ex) <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL IN CONNECTION WITH DEFENDANTS' NOTICE OF REVISED SETTLEMENT AGREEMENT** |
| ERIC WEBER and BRYAN REES, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON SERVICES LLC, <br><br> Defendants. | Date: March 14, 2019 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: Hon. George H. Wu |

This matter is before the Court on Defendants' application to file a document under seal in connection with Defendants' Notice of Revised Settlement Agreement.

Having reviewed the Application, the Court hereby GRANTS the Application and the following documents are ORDERED filed under seal, pending the granting of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement:

- Exhibit A: Revised Settlement Agreement.

Dated:  March 12, 2019

Honorable George H. Wu
United States District Judge